# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV383

| | |
|---|---|
| IN RE: ) | |
|    N. McDONALD CONSTRUCTION ) | |
|    COMPANY, INC., ) | |
| ) | |
|         Debtor. ) | |
| ) | |
| DAVID R. HILLIER, Trustee, ) | |
| ) | |
|         Appellant, ) | |
| ) | |
|         Vs. ) | |
| ) | |
| SCOTT MINTON, ) | |
| ) | |
|         Appellee. ) | |
| ) | |

## **ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on Appellant's notice of withdrawal of the bankruptcy appeal herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the appeal filed herein is hereby **DISMISSED.**

2

Signed: February 28, 2007

Lacy H. Thornburg
United States District Judge